IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| **TRINA GARNETT** | : | **CIVIL ACTION** |
| | : | |
| **v.** | : | |
| | : | |
| **JOHN E. WETZEL**, Secretary, Pennsylvania Dept. of Corrections and **NANCY GIROUX**, Superintendent of State Correctional Institute at Muncy | : : : : | **NO. 13-3439** |

### ORDER

**NOW**, this 17th day of August, 2016, upon consideration of the Petition for a Writ of Habeas Corpus (Document No. 1), the respondents' response, the petitioner's reply, and after a conference with counsel for the parties, it is **ORDERED** that the petition is **GRANTED**.

**IT IS FURTHER ORDERED** as follows:

1. The petitioner's sentence in *Commonwealth v. Garnett*, Criminal Nos. 5986-76, 5988-76 and 8091-76 (Delaware County), is **VACATED**;

2. The petitioner shall be resentenced within 120 days of the date of this Order;

3. The time limit within which the petitioner must be resentenced may be extended upon a showing of reasonable cause.

                                                                                    /s/Timothy J. Savage
                                                                                   TIMOTHY J. SAVAGE, J.